1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9
   DAVID B. HAUG,                    )    CV-F 04-6332 LJO
10                                   )
                Plaintiff,            )
11                                   )    STIPULATION AND ORDER
           v.                        )    FOR REMAND PURSUANT TO
12                                   )    SENTENCE FOUR OF 42 U.S.C.
   JO ANNE B. BARNHART,              )    § 405(g); and
13 Commissioner of Social Acting     )
   Security,                         )    REQUEST FOR ENTRY OF JUDGMENT
14                                   )
                Defendant.            )
15 _____)

16      IT IS HEREBY STIPULATED, by and between the parties, through
17 their respective counsel of record, that this action be remanded to
18 the Commissioner of Social Security for further administrative
19 action pursuant to section 205(g) of the Social Security Act, as
20 amended, 42 U.S.C. § 405(g), sentence four.
21      On remand, the Appeals Council will direct an Administrative
22 Law Judge ("ALJ") to take the following action:
23      1.  Obtain vocational expert testimony to determine what
24 effects the claimant's need to alternate sitting and standing will
25 have on his occupational base;
26      2.  Resolve any conflicts between the vocational expert's
27 testimony and the requirements found in the Dictionary of
28 Occupational Titles in accordance with Social Security Ruling 00-4p.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 3 | Dated: April 18, 2005 | /s/ Robert D. Christenson |
| 4 | | (As authorized via facsimile) |
| | | ROBERT D. CHRISTENSON |
| | | Attorney for Plaintiff |
| 6 | Dated: April 20, 2005 | McGREGOR W. SCOTT |
| | | United States Attorney |
| 8 | | /s/ Kristi C. Kapetan |
| | | KRISTI C. KAPETAN |
| 9 | | Assistant U.S. Attorney |

11  IT IS SO ORDERED.

12  **Dated:  April 20, 2005**              **/s/ Lawrence J. O'Neill**
    66h44d                                  UNITED STATES MAGISTRATE JUDGE