```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street, Room 3654
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. HAUG,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | 1:04-cv-06332 LJO<br><br>STIPULATION AND ORDER<br>AWARDING EAJA ATTORNEY FEES |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of SIX HUNDRED AND TWENTY-FIVE DOLLARS AND NO CENTS ($625.00).  This amount represents compensation for legal services rendered on behalf of plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

//

//

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                                Respectfully submitted,

Dated: June 30, 2005        /s/ Robert D. Christenson
                                 (As authorized via facsimile) for
                                 ROBERT D. CHRISTENSON
                                 Attorney for Plaintiff

Dated: July 7, 2005         McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Kristi C. Kapetan
                                 KRISTI C. KAPETAN
                                 Assistant U.S. Attorney

    IT IS SO ORDERED.

**Dated:   July 7, 2005**                   **/s/ Lawrence J. O'Neill**
66h44d                                       UNITED STATES MAGISTRATE JUDGE